**FILED**

December 13, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>            Plaintiff,      )<br>v.                                        )<br>  )<br>RANDOLPH L. HARRIS ,       )<br>  )<br>            Defendant.        ) | Case No. 2:16-MJ-00212-CKD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RANDOLPH L. HARRIS</u>, Case No. <u>2:15-MJ-00212-CKD</u>, Charge <u>21 USC §§ 846; 841(a)(1), (b)(1)(A),</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 20,000  (co-signed)

　　✔   Unsecured Appearance Bond

　　___   Appearance Bond with 10% Deposit

　　___   Appearance Bond with Surety

　　___   Corporate Surety Bail Bond

　　✔   (Other)    <u>With pretrial supervision and conditions of release as</u>

　　　　　　　　　　　<u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 13, 2016</u> at    2:40    pm  .

By _____
Deborah Barnes
United States Magistrate Judge